People v Nadeau
2026 NY Slip Op 04009
June 25, 2026
Appellate Division, Third Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,
v
Aaron Nadeau, Appellant.

Decided and Entered:June 25, 2026
CR-23-2405
Calendar Date: May 22, 2026
Before: Clark, J.P., Aarons, Pritzker, Mcshan And Mackey, JJ.

Todd G. Monahan, Schenectady, for appellant.
Andrew J. Wylie, District Attorney, Plattsburgh (Jaime A. Douthat of counsel), for respondent.

[*1]
Appeal from a judgment of the County Court of Clinton County (William Favreau, J.), rendered August 4, 2023, which revoked defendant's probation and imposed a sentence of imprisonment.
In 2018, after pleading guilty to felony driving while intoxicated (see Vehicle and Traffic Law §§ 1192 [3]; 1193 [1] [a]), defendant was sentenced to 12 weekends in jail and a five-year term of probation. In March 2023, a declaration of delinquency was issued, and defendant was charged with violating certain conditions of his probation. In May 2023, defendant admitted to violating certain terms of his probation. The following month, the Probation Department advised County Court that defendant had failed a drug test and had admitted to additional drug use, and defendant was remanded. In August 2023, defendant's probation was revoked and he was resentenced to an indeterminate prison term of 1 to 3 years. Defendant appeals, and we affirm.
Defendant's challenge to the sentence as harsh and excessive is moot, given that he has reached the maximum expiration date of his sentence and has been released from prison (see People v Guerin, 248 AD3d 1500, 1501 [3d Dept 2026]; People v Cotto, 218 AD3d 1021, 1026 [3d Dept 2023], lv denied 40 NY3d 1039 [2023]).
Clark, J.P., Aarons, Pritzker, McShan and Mackey, JJ., concur.
ORDERED that the judgment is affirmed.